IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-340 (LPS) |
| | ) |
| MOTOROLA MOBILITY LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

The Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Motorola Mobility LLC ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendant's claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Michael J. Flynn* |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Michael J. Flynn (#5333) |
| Vanessa R. Tiradentes (#5398) | 1201 North Market Street |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | mflynn@mnat.com |
| vtiradentes@bayardlaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

April 8, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-340 (LPS) |
| | ) |
| MOTOROLA MOBILITY LLC, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims by Plaintiff Data Carriers, LLC ("Plaintiff") and Dismissal Without Prejudice of all counterclaims by Defendant Motorola Mobility LLC ("Defendant") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Data Carriers, LLC against Defendant Motorola Mobility LLC are hereby DISMISSED WITH PREJUDICE, and all counterclaims by Defendant against Plaintiff are hereby DISMISSED WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013.

It is further ORDERED that all attorneys' fees, costs, and expenses are to be borne by the party that incurred them.

UNITED STATES DISTRICT JUDGE

Dated: _____ 2013